```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                      19-CR-212 (VEC)

KARL DUNCAN,                                  ORDER

                     Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 16, 2019, the parties appeared for a change of plea hearing with this Court; and

       WHEREAS at the October 16, 2019 conference, Defendant entered a plea of guilty to the lesser included offense of Count One in the indictment; and

       WHEREAS the Court accepted Defendant's guilty plea;

       IT IS HEREBY ORDERED THAT sentencing is scheduled for **January 16, 2020 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  Sentencing submissions from both sides are due not later than **January 3, 2020**.

**SO ORDERED.**

Date:  **October 16, 2019**                        _____
        **New York, NY**                            **VALERIE CAPRONI**
                                                          **United States District Judge**