# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

December 19, 2019

**VIA ECF**

Hon. Valerie E. Caproni, United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

**MEMO ENDORSED**

Re: *United States vs. Karl Duncan*
19 Cr. 212 (VEC)

Dear Judge Caproni:

I represent the defendant, Karl Duncan, in the above-referenced matter. The purpose of this letter is to respectfully request a six-week adjournment of the defendant's sentencing, which is currently scheduled for January 16, 2020. Mr. Duncan was recently moved to Westchester County Jail and counsel was unable to locate him because he was out of BOP custody. As a result, counsel has been unable to review the presentence report with him or to prep him for a safety valve proffer. Additionally, counsel has not yet received letters from Mr. Duncan's family and friends, which are to be included in his sentencing submission. An adjournment of six weeks will provide sufficient time for the defendant to meet with counsel and subsequently meet with the government, as well as to obtain letters from family and friends. This is Mr. Duncan's first request for an adjournment of his sentencing. The government consents to this adjournment request. Accordingly, it is requested that the Court adjourn the sentencing to the week of March 2, 2020, or a date that is convenient to the Court. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

Michael D. Bradley

cc: AUSA Adam Hobson
AUSA Louis Pellegrino
*via ECF*

Sentencing is adjourned to **February 28, 2020, at 2:00 P.M.** Sentencing submissions are due no later than **February 14, 2020**.

SO ORDERED.        Date: 12/19/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE